HARRY M. BESOSA and F. J. PÉREZ ALMIROTY, Petitioners, v. SUPERIOR COURT OF PUERTO RICO, SAN JUAN PART, PABLO J. SANTIAGO LAVANDERO, Respondent; SOCIEDAD PARA LA PROTECCIÓN Y DEFENSA DEL NIÑO, Intervener.

No. 2186. Argued March 5, 1956.—Decided March 21, 1957.

*Francisco Ponsa Feliú* for petitioner Mr. Besosa. *Alberto Picó Santiago, José A. Suro* and *Carlos A. Vázquez* for petitioner Pérez Almiroty. *P. J. Santiago Lavandero,* Judge of the respondent court *pro se. Francisco M. Susoni, Jr.* for intervener.

mission, in proportion to the degree or extent of the dependency of each one of the beneficiaries?

Although this solution seems more equitable, our statute, as it reads, does not allow for an interpretation other than the one we adopt in this opinion. The remedy is not in our hands. Actually, in other jurisdictions there are laws on the subject which allow a fairer and more equitable distribution of the benefits among the beneficiaries of a workman.

JUDGMENT

San Juan, Puerto Rico, March 21, 1957

The petition for certiorari having been considered and the record sent up having been examined and after studying the questions raised by the parties, this Court believes that since the record does not disclose the commission of any fraud, the order to show cause of May 6, 1955, entered by the respondent court in Civil Case No. 50–768 for Collection of Money, *Federico J. Pérez Almiroty* v. *Sociedad para la Protección y Defensa del Niño*, should be set aside and declared void and it is so ordered.

It was so decreed by the Court as witness the signature of the Chief Justice. Mr. Justice Negrón Fernández, Mr. Justice Belaval and Mr. Justice Saldaña did not participate herein.

A. C. SNYDER
Chief Justice

Certify:
IGNACIO RIVERA
Secretary.